STATE of Missouri, Respondent,

v.

Cassandra E. JOHNSTON, Appellant.

WD 79796

Missouri Court of Appeals, Western District.

Order filed: October 17, 2017

Dora Fichter, for Respondent

Margaret M. Johnston, Jefferson City, for Appellant

Before Division Four: Mark D. Pfeiffer, Presiding Judge, Victor C. Howard, Judge and Alok Ahuja, Judge

## ORDER

PER CURIAM:

Cassandra Johnston appeals her conviction following a jury trial for voluntary manslaughter and armed criminal action. She argues in three points on appeal that the Boone County trial court erred. First, Johnston argues the trial court erred in excluding testimony. Second, she argues the trial court erred in refusing to give a proffered jury instruction. Third, Johnston

---

says insufficient evidence exists to support her conviction. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 30.25(b).